## AFFIDAVIT

1) **AFFIANT/AGENT.** I, Kevin Backes, a Border Patrol Agent of the United States Border Patrol, Customs and Border Protection (USBP/CBP), have been employed by the USBP/CBP for 22 years and am currently assigned to the Grand Forks Border Patrol Sector Prosecution Unit.

   Your affiant has reason to believe that ROMAN-Rodriguez, Jose (DOB: XX/XX/1994), illegally reentered the United States after being removed in violation of 8 U.S.C. § 1326(a).

2) **INITIAL ENCOUNTER.**
   On April 28, 2025, at approximately 7:35 PM, Border Patrol Agent (BPA) Lowry responded to a request for assistance from the New Town, North Dakota Police Department. Officer Mitchell had conducted a traffic stop for failure to maintain a single lane in New Town, North Dakota and the driver presented what appeared to be an identification document from Mexico containing the name Jose ROMAN-Rodriguez. The driver was also speaking in the Spanish language during the stop. Officer Mitchell asked the driver if he had any other forms of identification or travel documents, and the driver said he did not.

   BPA Lowry contacted Officer Mitchell and conducted an immigration inspection with the driver by phone. BPA Lowry identified himself as a United States Border Patrol Agent and questioned the driver as to his citizenship. The driver stated he is a citizen of Mexico and admitted to being illegally present in the United States. Record checks were conducted based on the biographic information provided by the driver and a match was found to a subject with two prior removals to Mexico.

   Based on the results of the record checks and immigration inspection, BPA Lowry asked Officer Mitchell to detain ROMAN-Rodriguez until a Border Patrol Agent could take him into custody. On April 28, 2025, at about 9:03 PM, BPA Lowry met Officer Mitchell at the Pinnacle Travel Center in Stanley, North Dakota and took custody of ROMAN-Rodriguez. The subject was then transported to the Portal Border Patrol Station for processing.

3) **POST ARREST INVESTIGATION.**
   Upon arriving at the Portal Border Patrol Station, ROMAN-Rodriguez was enrolled into NGI/IDENT, a computerized fingerprint identification system. The NGI/IDENT results returned with an immigration history showing that the subject had been removed to Mexico twice.

   ROMAN is a citizen and national of Mexico.

4) **IMMIGRATION HISTORY:**
   Date:           08/06/2013
   Agency:         U.S. Border Patrol - El Centro, California

| | |
|---|---|
| Charge: | Section 212(a)(7)(a)(i)(I) of the INA - Immigrant Without An Immigrant Visa |
| Disposition: | Processed as an Expedited Removal. Ordered removed on 08/06/2013.  Removed to Mexico at the Calexico, California Port of Entry on 08/06/2013. |

| | |
|---|---|
| Date: | 08/11/2013 |
| Agency: | U.S. Border Patrol - El Centro, California |
| Charge: | Section 212(a)(9)(A)(i) of the INA - Alien Previously Removed |
| Disposition: | Processed for Reinstatement of Removal. Removed to Mexico at the Calexico, California Port of Entry on 08/12/2013. |

5) **CRIMINAL HISTORY:**

| | |
|---|---|
| Date: | 01/05/2025 |
| Agency: | North Dakota Highway Patrol |
| Charge: | Driving While Suspended |
| Disposition: | Charged Misdemeanor. Case is still pending. |

6) **MIRANDA RIGHTS/CONSULAR NOTIFICATION**.  On April 28, 2025, BPA Lowry witnessed by BPA Labatore notified ROMAN-Rodriguez of his Miranda Rights per Service Form I-214.  ROMAN-Rodriguez refused to sign the Form I-214 and was not willing to answer questions without an attorney present.

BPA Lowry notified ROMAN-Rodriguez of his right to consular communication. ROMAN-Rodriguez declined to speak with a consular official.

No record could be found to indicate that ROMAN-Rodriguez has ever applied for or been granted permission to reenter the United States by the Attorney General or by his successor, the Secretary of the Department of Homeland Security.

In my experience, the above facts constitute a violation of 8 U.S.C. § 1326(a).

The foregoing is true and correct to the best of my knowledge and belief.

_____
Kevin Backes
United States Border Patrol Agent

Sworn to me by reliable electronic means, this 29th day of April, 2025.

_____
Alice R. Senechal
United States Magistrate Judge